EDWARD D. MAGAURAN 5888
Edward D. Magauran, Attorney at Law
1188 Bishop Street, Suite 2610
Honolulu, Hawaii 96813
Telephone: (808) 585-1000
edmhnl@gmail.com
Attorney for Debtor

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF HAWAII

| In re | ) | Case No. 16-00488 |
|---|---|---|
| | ) | (Chapter 13) |
| Alexander Mark Mogilewicz | ) | |
| | ) | **DECLARATION OF DEBTOR** |
| Debtor. | ) | |
| | ) | |
| | ) | Judge: The Hon. Robert J. Faris |

## DECLARATION OF DEBTOR

TO THE HONORABLE ROBERT J. FARIS, U.S. BANKRUPTCY JUDGE:

COMES NOW Debtor herein Alexander Mark Mogilewicz, by and through his undersigned counsel, and respectfully files this Declaration and Notice of Surrender of Collateral pursuant to Section 362 of the Bankruptcy Code. Debtors' undersigned counsel hereby files and serves this Declaration of Surrender of Collateral upon the Standing Chapter 13 Trustee (via ECF) and the Office of the

U.S. Trustee (via ECF) Zachary K. Kondo on behalf of Creditor Seterus, Inc. (via ECF) and hereby certifies under penalty of perjury service, via first-class U.S. mail, postage-prepaid, on June 20, 2016, upon the following:

FL Department of Revenue
Out of State Collections
1415 W US Highway 90 Ste 115
Lake City, FL 32055-6213

Seterus
POB 54420
Los Angeles, CA 90054-0420

WHEREFORE, Debtor hereby offers to surrender and does hereby surrender the following real property: **1619 Fluorshire Drive Brandon, FL 33511** in full satisfaction of the creditors' secured claims pursuant to the Bankruptcy Code and to the Plan in this case.

DATED: Honolulu, Hawaii on June 20, 2016.

  /s/ **EDWARD D. MAGAURAN**
EDWARD D. MAGAURAN